UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL PENSION FUND,
TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL HEALTH CARE
FUND, TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL APPRENTICESHIP
AND TRAINING FUND, AND TRUSTEES
FOR THE MICHIGAN CARPENTERS' COUNCIL
ANNUITY FUND,

Docket No.: 1:09-cv-228

HONORABLE PAUL L. MALONEY

    Plaintiffs,

v

McCLELLAND MILLWORK, INC., a
Michigan corporation,

    Defendant.
_____/

## RENEWAL JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT McCLELLAND MILLWORK, INC.

THIS MATTER having come on to be heard upon the Plaintiffs' Motion to Renew Judgment, and the Court having found good cause for the granting of said Motion and for the entry of a Renewal Judgment on the original Default Judgment entered by the Honorable Robert Holmes Bell on May 19, 2009 [Docket No. 9] and Consent Order for Amended and Restated Judgment *Nunc Pro Tunc* to

1

September 15, 2014 entered by the Honorable Robert Holmes Bell on October 16, 2014 [Docket No. 40], and the Court being otherwise fully advised in the premises,

NOW THEREFORE, upon motion of Maddin Hauser Roth & Heller, P.C., attorneys for Plaintiffs,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. The Judgment entered on May 19, 2009 and amended and restated on October 16, 2014 (the "Judgment") in favor of Plaintiffs and against Defendant McClelland Millwork, Inc. is hereby renewed and Plaintiffs are granted renewal judgment in the amount of $3,409.48[1] as of November 29, 2018, with post-judgment interest to continue to accrue thereon from and after November 29, 2018 at the applicable rate, and Plaintiffs shall have full rights of execution thereon;

2. All terms and conditions of the original Judgment entered in the above case on May 19, 2009 [Docket No. 9] and amended and restated on October 16, 2014 [Docket No. 40] remain in full force and effect and are incorporated herein as if fully set forth herein; and

3. This Court shall retain jurisdiction over this matter for the purposes of enforcement of the provisions of this Renewal Judgment, including any

---

[1] Representing (i) the amount remaining on the Judgment as of November 29, 2018, plus accrued interest thereon; (ii) the amount remaining on the July 2009 through June 2012 audit indebtedness; and the amount remaining on the July 2012 through April 2014 audit indebtedness; inclusive of all payments received from Defendant by Plaintiffs through November 29, 2018 only.

proceedings supplementary to judgment which are necessary for Plaintiffs to enforce the provisions of this Renewal Judgment.

DATED: December 3, 2018        /s/ Paul L. Maloney
                               U.S. DISTRICT COURT JUDGE